ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00583 RS |
|     Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
|   v. | |
| DANIEL SHIREY, | |
|     Defendant. | |

    The defendant, Daniel Shirey, represented by Ellen Leonida, and the government, represented by Karen Kreuzkamp, Assistant United States Attorney, appeared before the Court on January 9, 2018 for a first appearance before the Court. The parties represented that the government had provided discovery and the defense was awaiting documents it had sought from the East Coast. Defense counsel requested a continuance of the matter.

    The matter was continued to February 27, 2018 at 2:30 p.m. for further status. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between January 9, 2018 and February 27, 2018 for effective preparation of counsel. The government stated it had no objection to excluding time.

    Based upon the representation of counsel and for good cause shown, the Court finds that failing

ORDER EXLUDING TIME
Case No. CR 17-00583 RS

to exclude the time between January 9, 2018 and February 27, 2018 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 9, 2018 and February 27, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between January 9, 2018 and February 27, 2018 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 1/10/18

HON. RICHARD SEEBORG
United States District Judge

ORDER EXLUDING TIME
Case No. CR 17-00583 RS