1   ALEX G. TSE (CABN 152348)
    Acting United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   KAREN KREUZKAMP (CABN 246151)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       FAX: (415) 436-7234
        Email: Karen.Kreuzkamp@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,           )   NO. CR 17-00583 RS
13                                      )
               Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
14                                      )   RESETTING STATUS CONFERENCE AND
         v.                             )   EXCLUDING TIME UNDER THE SPEEDY TRIAL
15                                      )   ACT
    DANIEL SHIREY,                      )
16                                      )
               Defendant.               )
17   _____)

18
                                **STIPULATION**
19
          IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:
20
          1.      The parties appeared before the Court on January 9, 2018 at 2:30 p.m. for a first
21
    appearance.  Defendant Daniel Shirey, represented by Ellen Leonida, was present and in custody.
22
    Assistant United States Attorney Karen Kreuzkamp appeared for the Government.  The case was set for
23
    a status conference on February 27, 2018 at 2:30 p.m. and time was excluded under the Speedy Trial Act
24
    for effective preparation of counsel.
25
          2.      Since that time, Ms. Leonida determined her office had a conflict and could no longer
26
    represent Mr. Shirey.  On February 16, 2018, the Honorable Laurel Beeler, United States Magistrate
27
    Judge, appointed Kenneth H. Wine to represent Mr. Shirey.  Mr. Wine is in receipt of the discovery, but
28

having just been appointed, has not yet had time to review it. He also is not available on February 27, 2018.

        3.      The parties hereby agree and request that the status conference in this case by reset to March 27, 2018 at 2:30 p.m. The parties further agree and request that the period from February 27, 2018 through and including March 27, 2018 should be excluded from the Speedy Trial Act computation because the continuance is necessary for continuity of defense counsel and effective preparation of counsel, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

        IT IS SO STIPULATED.

DATED: February 16, 2018

                                    ALEX G. TSE
                                    Acting United States Attorney

                                    _____/s/_____
                                    KAREN KREUZKAMP
                                    Assistant United States Attorney

DATED: February 16, 2018

                                    _____/s/_____
                                    KENNETH WINE
                                    Counsel for Defendant
                                    Daniel Shirey

## [~~PROPOSED~~] ORDER

        Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 27, 2018 and March 27, 2018 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 27, 2018 and March 27, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between

February 27, 2018 and March 27, 2018 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 2/20/18

HON. RICHARD SEEBORG
United States District Judge