ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00583 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING CHANGE OF PLEA |
| v. | |
| DANIEL SHIREY, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on March 27, 2018 at 2:30 p.m. for a status conference. Defendant Daniel Shirey, represented by Kenneth Wine, was present and in custody. Assistant United States Attorney Karen Kreuzkamp appeared for the Government. The parties asked the Court to set the case for a change of plea on April 17, 2018 at 2:30 p.m.

2. The parties have been and continue to work towards resolution, but do not believe they will be in a position to move forward with a change of plea on April 17. The parties respectfully request that the Court allow the parties one more week to resolve the case and ask that the Court vacate the April 17, 2018 hearing and reset the matter for a change of plea on April 24, 2018 at 2:30 p.m.

STIPULATION AND [PROPOSED] ORDER RESETTING CHANGE OF PLEA HEARING
Case No. CR 17-00583 RS

IT IS SO STIPULATED.

DATED: April 12, 2018  ALEX G. TSE
Acting United States Attorney

_____/s/_____
KAREN KREUZKAMP
Assistant United States Attorney

DATED: April 12, 2018

_____/s/_____
KENNETH WINE
Counsel for Defendant
Daniel Shirey

# [~~PROPOSED~~] ORDER

Based upon the representation of counsel, the Court vacates the April 17, 2018 change of plea hearing ad resets the hearing for April 24, 2018 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 4/12/18

HON. RICHARD SEEBORG
United States District Judge